# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00378-CV

### John P. Burke, Jr., Appellant

### v.

### W. D. and Alma Donaghe, Appellees

**FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
NO. 6358-C, HONORABLE DON B. MORGAN, JUDGE PRESIDING**

The parties have filed a joint motion to dismiss this cause because they have settled their dispute. We grant the motion and dismiss this cause.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Cause Dismissed on Joint Motion

Filed: May 16, 2002

Do Not Publish